# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WANDA SEVERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:12-cv-00025-SLG |

## ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION AND COMPLAINT FOR DAMAGES

The Plaintiff's unopposed motion to amend the caption and complaint for damages is GRANTED. The caption is amended as set forth above, and the Amended Complaint for Damages that was lodged with the motion is accepted for filing.

Dated in Anchorage, Alaska on this 23rd of May, 2012.

                                      /s/ Sharon L. Gleason
                                      U.S. District Court Judge