CHRISTINE SCHLEUSS
LAW OFFICE OF CHRISTINE SCHLEUSS
632 Christensen Drive, Suite 200
Anchorage, Alaska 99501
Telephone: 907-222-4635
Facsimile: 907-222-4828
Email:  chriss@chrisschleuss.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WANDA SEVERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:12-CV-00025-SLG |

**STIPULATION TO DISMISS THE ALASKA NATIVE MEDICAL CENTER AS A DEFENDANT**

Plaintiff, Wanda Severson, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), and defendant, United States of America, through undersigned counsel, stipulate to dismiss the Alaska Native Medical Center as a named defendant in this case.

The parties stipulate that no costs or fees shall be assessed in connection with this stipulated dismissal.

　　　　　　　　　　　　　　　　　LAW OFFICE OF CHRISTINE SCHLEUSS

DATED:  June 1, 2012　　　　　/s/  Christine Schleuss
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

KAREN L. LOEFFLER
United States Attorney

DATED: June 1, 2012     /s/ Gary M. Guarino
Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2012,
a true copy of the foregoing
STIPULATION TO DISMISS
was served via electronic service on:

Gary M. Guarino @ gary.guarino@usdoj.gov

/s/ Christine Schleuss