CHRISTINE SCHLEUSS
LAW OFFICE OF CHRISTINE SCHLEUSS
632 Christensen Drive, Suite 200
Anchorage, Alaska 99501
Telephone: 907-222-4635
Facsimile: 907-222-4827
chriss@chrisschleuss.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WANDA SEVERSON,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:12-cv-00025-SLG<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT: LIABILITY AND CAUSATION - PLAINTIFF'S FIRST CLAIM FOR RELIEF: MEDICAL MALPRACTICE** |

      The Plaintiff, Wanda Severson, through counsel, Christine Schleuss, moves for partial summary judgment under Federal Rule of Civil Procedure 56. Plaintiff moves for summary judgment establishing liability and causation under her first Claim for Relief: Medical Malpractice. If this Court grants this motion, as to the First Claim for Relief, determination of Plaintiff's damages will be the sole issue remaining for trial.

      This motion is based on the attached memorandum of law with attached affidavit of plaintiff's retained expert, Dr. Donald B. Sanders.

Motion for Partial Summary Judgment, Page - 1 -
*Severson v. U.S.*, Case No. 3:12-cv-25-SLG
Case 3:12-cv-00025-SLG   Document 20   Filed 08/16/12   Page 1 of 2

A proposed Order accompanies this motion.

RESPECTFULLY SUBMITTED this 16th day of August, 2012.

                LAW OFFICE OF CHRISTINE SCHLEUSS

                /s/ Christine Schleuss
                Law Office of Christine Schleuss
                632 Christensen Drive, Suite 200
                Anchorage, Alaska 99501
                Phone: (907) 222-4635
                Fax: (907) 222-48927
                Email: chriss@chrisschleuss.com
                Alaska Bar No. 7811132
                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2012, a true copy
of the foregoing Motion for Partial Summary Judgment
was served via electronic service on:

Gary M. Guarino @ gary.guarino@usdoj.gov

/s/ Christine Schleuss

Motion for Partial Summary Judgment, Page - 2 -
*Severson v. U.S.*, Case No. 3:12-cv-25-SLG
Case 3:12-cv-00025-SLG   Document 20   Filed 08/16/12   Page 2 of 2