IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WANDA SEVERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; THE ALASKA NATIVE MEDICAL CENTER,<br><br>　　　　　Defendant. | Case No. 3:12-CV-00025-SLG<br><br>**ORDER RE MOTION FOR PARTIAL SUMMARY JUDGMENT** |

　　　　Plaintiff Wanda Severson filed a motion for partial summary judgment at Docket 21, to which the United States has filed a qualified non-opposition at Docket 24. Within 10 days of the date of this order, the parties are directed to either (1) file a stipulated proposed order that sets out the terms of their agreement as to the scope of the partial summary judgment, or (2) the plaintiff shall file a reply to the United States' qualified non-opposition to the motion that delineates the scope of the parties' disagreement on this issue.

Dated: October 18, 2012.

　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　SHARON L. GLEASON
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge