KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Gary.Guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| WANDA SEVERSON, | ) | Case No. 3:12-cv-00025-SLG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT NOTICE OF PENDING** |
| | ) | **SETTLEMENT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Parties, through counsel, jointly inform the Court they have reached a settlement of this case and are in the process of preparing settlement documents. The parties anticipate finalizing settlement and filing a notice of dismissal within the next ninety days.

RESPECTFULLY SUBMITTED on August 6, 2013, at Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/Gary M. Guarino
        Assistant U. S. Attorney
        Attorney for the United States

        **LAW OFFICE OF**
        **CHRISTINE SCHLEUSS**

        s/Christine Schleuss
        **Christine Schleuss**
        **Attorney for Plaintiff**
        **ABA #7811132**

**CERTIFICATE OF SERVICE**
I hereby certify that on August 6, 2013,
a copy of the foregoing was served
by ECF electronic service on:

Christine Schleuss

s/ Gary M. Guarino

*Severson v. United States*
Case No. 3:12-cv-00025-SLG      2