KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Gary.Guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| WANDA SEVERSON, | ) | Case No. 3:12-cv-00025-SLG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **STIPULATION FOR** |
| | ) | **DISMISSAL** |
| Defendant. | ) | |
| | ) | |

The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims which were asserted or which could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED November 6, 2013.

> KAREN L. LOEFFLER
> United States Attorney
>
> s/Gary M. Guarino
> Assistant U.S. Attorney
> Attorney for United States
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-4264
> Fax: (907) 271-2344
> E-mail: gary.guarino@usdoj.gov
> AK# 8209092
>
>
> LAW OFFICES OF CHRISTINE SCHLEUSS
>
> s/ Christine Schleuss (consent)
> Attorney for Plaintiff
> 632 Christensen Drive, Suite 200
> Anchorage, Alaska 99501
> Ph: (907) 222-4635
> Fax: (907) 222-4827
> chriss@chrisschleuss.com

**CERTIFICATE OF SERVICE**
I hereby certify that on April 17, 2012, a copy of the foregoing was served electronically on:

Christine Schleuss

s/ Gary M. Guarino


*Severson v. United States*
Case No. 3:12-cv-00025-SLG           2