IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

WANDA SEVERSON,

                        Plaintiff,

    v.

UNITED STATES OF AMERICA,

                        Defendant.

Case No. 3:12-cv-00025-SLG

## ORDER

Based upon the parties' Stipulation for Dismissal (Docket 35), this action is hereby DISMISSED with prejudice, with each party to bear its own costs, expenses and attorney's fees.

DATED at Anchorage, Alaska this 13th day of November, 2013.

                                                  */s/ Sharon L. Gleason*
                                                  UNITED STATES OF AMERICA